UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW S. MCCARTHY, a single person,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON; DEPARTMENT OF CORRECTIONS; and COMMUNITY CORRECTIONS OFFICER RENEE COOPER,<br><br>　　　　　　　Defendants. | NO:  CV-12-397-RMP<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Motion to Dismiss All Defendants with prejudice. ECF No. 13.  Having reviewed the motion and the file and pleadings therein, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

　　1. Plaintiff's Motion to Dismiss All Defendants with Prejudice, **ECF No. 13,** is **GRANTED**.  Plaintiff's Complaint and any and all counterclaims

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, provide copies to counsel, and **close** this case.

**DATED** this 19th day of April 2013.

         *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2