AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MATTHEW S. MCCARTHY, a single person,

    Plaintiff,

                  v.

STATE OF WASHINGTON; DEPARTMENT OF CORRECTIONS; AND COMMUNITY CORRECTIONS OFFICER RENEE COOPER,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-397-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Dismiss All Defendants with Prejudice, ECF No. 13, is GRANTED. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party. Case closed.

April 19, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer